In the Matter of the Petition of Louis MARSULLO, Petitioner, Appellant, to Vacate and Set Aside Construction Decree, Dated May 27th, 1927, and Accounting Decree, Dated December 11, 1928, of and under the Last Will and Testament of DOMINICK MARSULLO, Deceased. ALFRED MARSULLO and Others, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [160 Misc. 148.]

ISAAC LOBEL, Respondent. v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LOMBARDO, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

ETHEL A. REMEY, Respondent, v. REMEY SCHOOL FOR DANCING, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

ABRAHAM MELTZER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

CONSUMERS PETROLEUM CORPORATION, Respondent, v. TOMPKINS SQUARE PETROLEUM CORP., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

BARBARA INGOLD, an Infant, by JULIA INGOLD, Her Guardian ad Litem, and JULIA INGOLD, Respondents, v. NEW YORK SAVINGS BANK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. SOFIA, Appellant.— Judgment affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and dismiss the information, on the ground that the guilt of the defendant of the crime charged was not established beyond a reasonable doubt.

ESTHER HALPERN, Respondent, v. CITY BANK FARMERS TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

SOL SCHWARTZ, Respondent, v. EARL CARROLL THEATRE, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,683.25; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CAMPAGNA CONSTRUCTION CORP., Respondent, v. RODNEY O. UNZ and STUART S. UNZ, Appellants.— Judgment, so far as appealed from, unanimously modified by reducing the judgment as entered to the sum of $2,646.35, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.